AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA
V.
CORY HUBBARD

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1787-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  February 28, 2004  in  Bristol  county, in the District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense)

having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, possess in and affecting commerce a firearm, to wit, a Glock, model 23, .40 caliber semi-automatic pistol bearing serial number BNM315US and various rounds of ammunition; did, in furtherance of a drug trafficking crime, possess said firearm; and did possess with intent to distribute various controlled substances, to wit, cocaine, cocaine base, and marijuana

in violation of Title  18  United States Code, Section(s)  922(g)(1), 924(c); 21 U.S.C. Sec. 841(a)(1) .

I further state that I am a(n)  Special Agent, ATF  and that this complaint is based on the following
                                    Official Title
facts:

See attached affidavit of Sheila M. O'Hara

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☐ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

06-22-2004                              at       Boston, Massachusetts
Date                                                City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.