AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. COREY HUBBARD | Case Number: 04-1787-CBS |

| PRESIDING JUDGE SWARTWOOD | PLAINTIFF'S ATTORNEY Richardson | DEFENDANT'S ATTORNEY Wilson |
|---|---|---|
| TRIAL DATE (S) 6/1/2004 | COURT REPORTER 11:41 A | COURTROOM DEPUTY Bachrach |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | Witnesses | |
| | | 7/15/200 | | | Special Agent Sheila O'Hara | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Exhibits | |
| 1 | | 7/15/04 | X | X | Complaint & Affidavit | |
| | A | 7/15/04 | X | X | Search Warrant Application and Affidavit | |
| | B1-7 | 7/15/200 | X | X | Laboratory Tests | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages