AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CORY HUBBARD

**WARRANT FOR ARREST**

CASE NUMBER: 04-1787-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Cory Hubbard**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of a firearm and ammunition, possessing a firearm in furtherance of a drug trafficking crime, and possession of controlled substances, to wit, cocaine, cocaine base, and marijuana

in violation of
Title **18** United States Code, Section(s) **922(g)(1), 924(c); 21 U.S.C. 841(a)(1)**

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

7-22-04 @ Boston, MA
Date and Location

Bail fixed at $ _____

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY _____

DATE RECEIVED  |  NAME ARREST/ARRAIGNMENT OF THE  |  SIGNATURE OF ARRESTING OFFICER
                  DEFENDANT ON

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.