# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-10235-MLW
CORY HUBBARD,                  )
         Defendant,            )
_____)
```

## INITIAL STATUS REPORT
## October 1, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Wolf, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has produced a substantial amount of discovery to Mr. Hubbard's counsel and his counsel has requested additional time to review that discovery. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on October 29, 2004, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from September 2, 2004 (date

of expiration of prior order of excludable time) through October 29, 2004 (date by which discovery should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, January 7, 2005</u>.

                                            <u>/s/Charles B. Swartwood, III</u>
                                            CHARLES B. SWARTWOOD, III
                                            MAGISTRATE JUDGE