UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>CORY HUBBARD,          )<br>    Defendant,     )<br>                    ) | **CRIMINAL ACTION**<br>**NO. 04-10235-MLW** |

**ORDER OF EXCLUDABLE TIME**
**October 1, 2004**

**SWARTWOOD, M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 2, 2004 (date of expiration of prior order of excludable time) through October 29, 2004 (date by which discovery should be completed) shall be excluded from the Speedy Trial Act.

                                                /s/Charles B. Swartwood, III
                                                CHARLES B. SWARTWOOD, III
                                                MAGISTRATE JUDGE