## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-10235-MLW
CORY HUBBARD,                  )
         Defendant,            )
_____)
```

### STATUS REPORT
### November 3, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Wolf, J. to whom this case is assigned:

1.  Substantive Motions

Mr. Hubbard's counsel has indicated that he intends to file a motion to suppress and that motion shall be filed by January 14, 2005. The Government shall file its opposition to that motion by January 28, 2005.

2.  Further Status Conference

A further status conference shall be held in this case on January 31, 2005, at 2:00 p.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from October 29, 2004 (date of expiration of prior order of excludable time) through January 28, 2005 (date by which the Government shall file its opposition to Mr. Hubbard's motion to suppress).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, April 8, 2005</u>.

                                        <u>/s/Charles B. Swartwood, III</u>
                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE