UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> CORY HUBBARD, ) <br> Defendant, ) <br> ) | **CRIMINAL ACTION** <br> **NO. 04-10235-MLW** |

**ORDER OF EXCLUDABLE TIME**
**November 3, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from October 29, 2004 (date of expiration of prior order of excludable time) through January 28, 2005 (date by which the Government shall file its opposition to Mr. Hubbard's motion to suppress) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE