UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| V. | } | CRIMINAL ACTION |
| | } | NO. 04-10235-MLW |
| CORY HUBBARD | } | |
| DEFENDANT | } | |

## NOTICE OF APPEARANCE

Now comes Frank D. Camera, the undersigned counsel, and respectfully requests that this Honorable Court allow him to enter his appearance in the above-captioned matter.

Respectfully submitted,
Cory Hubbard,
By his Attorney,

Frank D. Camera, Esq.
BBO#: 635930
56 N. Main St., Suite 321
Fall River, MA   02720
508-677-2878
508-677-2876  Fax

Dated:  December 10, 2004