UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>CORY HUBBARD, )<br>  DEFENDANT ) | CRIMINAL ACTION<br>NO. 04-10235-MLW |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES the undersigned counsel and respectfully requests that this Honorable Court allow him to withdraw his appearance in this matter.

As reasons therefore, the undersigned states that the Defendant has obtained new counsel.

Respectfully submitted,
FOR THE DEFENDANT,

*/s/ Barry P. Wilson*
Barry P. Wilson, Esquire
BBO# 529680
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5A
Boston, MA 02109
(617) 248-8979
(617) 523-8700 (fax)

Dated: 12/28/04