UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>CORY HUBBARD<br>DEFENDANT | CRIMINAL ACTION<br>NO. 04-10235-MLW |

## MOTION FOR REVOCATION OF DETENTION ORDER

Now comes the Defendant, Corey Hubbard, in the above-entitled action, and hereby moves this Honorable Court pursuant to 18 U.S.C. Section 3145(b) to revoke the detention order entered by the United States Magistrate pursuant to 18 U.S.C. Section 3142. The magistrate, after a hearing, ordered Mr. Hubbard detained pending trial. The Defendant now seeks review of this detention order and respectfully requests a hearing on the instant motion.

As reasons therefore, the Defendant contends there exists a combination of conditions that would assure the Defendant's appearance and the safety of the community. See: 18 U.S.C. Section 3142(c). Please see attached Memorandum In Support of Revocation of Detention Order.

Respectfully submitted,
Cory Hubbard,
By his attorney,

Frank D. Camera, Esq.
BBO#: 635930
56 N. Main Street, Suite 321
Fall River, MA  02720
508-677-2878
508-677-2876  Fax

Dated: January 6, 2004