UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 18  P 3: 15

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| V. } | CRIMINAL ACTION |
| CORY HUBBARD } | NO. 04-10235-MLW |
| DEFENDANT } | |

## DEFENDANT CORY HUBBARD'S MOTION
## FOR EXTENSION OF MOTION DEADLINE

Now comes the Defendant, Cory Hubbard, by and through his counsel, Frank D. Camera, hereby requests this Court to extend the motions deadline set forth in its Order dated November 3, 2004 providing that motions to suppress must be filed by January 14, 2005. Mr. Hubbard requests that the deadline for his motion to suppress be extended to January 21, 2005.

Good cause for this extension exists in that (1) previously, Mr. Hubbard was represented by Attorney Barry Wilson and on December 20, 2004 the undersigned counsel filed his Appearance and requires additional time to adequately prepare for Mr. Hubbard's defense; (2) this requested extension will not interfere or prejudice the Government in preparing its case; (3) this Motion has been assented to by Assistant United States Attorney Robert Richardson.

Mr. Hubbard accordingly requests this Court to extend the deadline as stated herein or to provide such other relief as this Court deems appropriate.

Respectfully submitted,
Cory Hubbard
By his attorney,

*/s/ Frank D. Camera*

Frank D. Camera, Esq.
BBO#: 635930
56 N. Main Street, Suite 321
Fall River, MA 02720
508-677-2878
508-677-2876

Dated: January 13, 2005

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused a copy of this Motion to be mailed, postage prepaid, to the United States Attorney's Office, Assistant United States Attorney Robert E. Richardson, United States District Court, U.S. Courthouse, Suite 9200, One Courthouse Way, Boston, MA 02210 on this 13th day of January, 2005.

_____
Frank D. Camera, Esq.