UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| V.                        } | CRIMINAL ACTION |
|                           } | NO. 04-10235-MLW |
| CORY HUBBARD              } | |
| DEFENDANT                 } | |

## REQUEST FOR ORAL ARGUMENT ON MOTION FOR REVOCATION OF DETENTION ORDER

Now comes the Defendant, Cory Hubbard, and pursuant to Local Rule 7.1(D) of the United States District Court for the District of Massachusetts, requests that this Court hold arguments on the previously filed Motion For Revocation of Detention.

                                              Respectfully submitted,
                                              Cory Hubbard,
                                              By his attorney,

                                              _/s/ *Frank D. Camera*_____
                                              Frank D. Camera
                                              BBO #635930
                                              56 North Main Street #321
                                              Fall River, MA 02720
                                              508-677-2878
                                              508-677-2876 fax

Dated: January 20, 2005

CERTIFICATE OF SERVICE

I Frank D. Camera hereby certify that I have served a copy of this document to AUSA Robert Richardson on this twentieth day of January 2005 by electronic filing.

/s/ *Frank D. Camera*
Frank D. Camera