UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| V. } | CRIMINAL ACTION |
| } | NO. 04-10235-MLW |
| CORY HUBBARD } | |
| DEFENDANT } | |

## AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

I Frank D. Camera hereby state the following under the pains and penalties of perjury on this 21st day of January 2005:

1. I am a licensed attorney in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

2. I have reviewed the police report, search warrant, case law and all information provided by the Government.

3. Based upon my review of this search warrant and its supporting documentation, it is my opinion that the issuance of said warrant was in violation of the Fourth Amendment to the United States Constitution.

_____
Frank D. Camera