UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,           )
                                   )
                                   )
        v.                         )   **CRIMINAL ACTION**
                                   )   **NO. 04-10235-MLW**
CORY HUBBARD,                      )
        Defendant,                  )
_____)


**FINAL STATUS REPORT**
**January 31, 2005**

**SWARTWOOD, M.J.**

The following is a Final Status Report to Wolf, J. to whom this case is assigned:

1. <u>Motion to Suppress</u>

Mr. Hubbard has filed a Motion To Suppress and the Government shall file its opposition to that motion by February 11, 2005.

2. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from January 28, 2005 (date of expiration of prior order of excludable time) through February 11, 2005 (date by which the Government is to file its opposition to Mr. Hubbard's motion to suppress). Therefore, assuming no further

order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, April 22, 2005</u>.

                                                  <u>/s/Charles B. Swartwood, III</u>
                                                  CHARLES B. SWARTWOOD, III
                                                  MAGISTRATE JUDGE