LAW OFFICES OF
# FRANK D. CAMERA

**MAIN OFFICE**
56 NORTH MAIN STREET #321
FALL RIVER, MA 02720
508-677-2878
FAX: 508-677-2876

21 MCGRATH HWY. #402
QUINCY, MA 02169
617-770-9488
PAGER: 888-969-5935

February 3, 2005

United States District Court
Room 502
595 Main Street
Worcester, MA  01608

Att:  Ms. Lisa Roland, Clerk

Re:  United States of America v. Cory Hubbard
     No. 04-10235

Dear Ms. Roland:

    I am seeking to obtain a transcript from a probable/cause detention hearing on the above-entitled matter that occurred on July 15, 2004 before Magistrate Judge Swartwood. This transcript is necessary in order for the Defendant to proceed on a Motion for Revocation of a Detention Order.

    If more information is necessary, please do not hesitate to contact me.

Sincerely,

Frank D. Camera, Esq.

mal