UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**　　　　　　　　　　　**CRIMINAL  CASE**

　　　　　　　　　　　　　　　　　　　　NO. 04-10235-MLW
　　　V.

**CORY HUBBARD**
　　　　　Defendant(s)

### NOTICE OF HEARING

**WOLF, D.J.**

　　　PLEASE TAKE NOTICE that the above-titled case has been set for a MOTION HEARING on the defendant's motion for review of detention order and motion to suppress on APRIL 21, 2005 at 10:30 A.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

　　　　　　　　　　　　　　　　　　　SARA THORNTON
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

April 8, 2005　　　　　　　　　　By:　/s/ Dennis O'Leary
　　Date　　　　　　　　　　　　　　　Deputy Clerk

Notice to:
(crim-notice.wpd - 7/99)　　　　　　　　　　[ntchrgcnf.]
　　　　　　　　　　　　　　　　　　　　　　[kntchrgcnf.]