UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10235

| United States | Cory Hubbard |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Richardson | Frank Camera |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf           CLERK   O'Leary           REPORTER   Killian

## CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 4/21/05 | Court orders the defendant to file any motion for discovery by Friday, April 29, 2005. The government shall have up to 14 days to respond. Court listens to arguments on the defendant's motion to revoke detention order. Defendant calls Paula Fernandez - witness takes the stand and is sworn. Courts marks the police report dated as exhibit 1 of today's date. Court takes a brief recess. Court resumes. Court gives its ruling from the bench. The court, however, is unable to evaluate whether the proffered conditions can ensure the safety of the community if the defendant is released. Court orders pre-trial services to conduct an investigation and report back to the court and the parties. Court continues the hearing until the report is completed. Court schedules a hearing on the motion for discovery on May 19, 2005 at 2:30. Court orders the defendant to file a status report by, April 22,2005, as to whether he intends to pursue the motion to revoke detention order. |