LAW OFFICES OF
# FRANK D. CAMERA

MAIN OFFICE
56 NORTH MAIN STREET #321
FALL RIVER, MA 02720
508-677-2878
FAX: 508-677-2876

21 MCGRATH HWY. #402
QUINCY, MA 02169
617-770-9488
PAGER: 888-969-5935

April 22, 2005

Honorable Mark L. Wolf
United States District Court Judge
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:   United States v. Cory Hubbard

Dear Judge Wolf:

    Per your order, I spoke with the Defendant, Cory Hubbard and Ms. Paula Fernandes regarding the possibility of the Court granting the request for pre-trial release. I explained what the responsibilities of Ms. Fernandes would be if ordered to act as a third-party custodian to Mr. Hubbard. I further explained to Mr. Hubbard that if he was released and any violation occurred, Ms. Fernandes could be held accountable and subject to very serious consequences. Further, I made Mr. Hubbard aware of the possible consequences if he were to violate any order of the court while subject to home confinement.
    Both parties expressed to me their understanding of the situation and have voiced their willingness to pursue with the request.

Respectfully,

Frank D. Camera, Esq.

cc: Robert Richardson, AUSA