LAW OFFICES OF
# FRANK D. CAMERA

**MAIN OFFICE**
56 NORTH MAIN STREET #321
FALL RIVER, MA 02720
508-677-2878
FAX: 508-677-2876

21 MCGRATH HWY. #402
QUINCY, MA 02169
617-770-9488
PACER: 888-969-5935

May 3, 2005

United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Attention:   Dennis O'Leary
             Courtroom Clerk to Judge Mark L. Wolf

RE:   *United States v. Cory Hubbard* No. 04-10235-MLW

Dear Mr. O'Leary:

Enclosed for filing please find the following:

1. Massachusetts Registry of Motor Vehicle documents (as referenced in footnote #1 in Defendant's Motion For Discovery); and
2. Affidavit of Delbert Greene in support of Motion for Discovery.

Thank you for your assistance in this matter.

Sincerely,

Frank D. Camera, Esq.

Enclosures

cc: Robert Richardson, AUSA