UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CRIMINAL ACTION NO. 04-10235-MLW |
| CORY HUBBARD<br>DEFENDANT | |

# AFFIDAVIT

I, Delbert Green, do hereby state the following under the pains and penalties of perjury:

1. My name is Delbert Green, and I currently reside in the City of New Bedford.
2. On February 13, 2004, I purchased a Volkswagen Passat station wagon, VIN#WVWNA63B8XE513318.
3. At the time I purchased this vehicle, the Registry of Motor Vehicle issued license plate #15VP11.
4. No time prior to February 13, 2004 was this license plate issued to me.
5. At no time during my ownership of this vehicle did Cory Hubbard ever drive this vehicle.
6. On April 1, 2004 I sold this vehicle and the license plate was transferred to a Lincoln Navigator.

Signed this third day of May 2005.

_____
Delbert Green