```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 04-10235-MLW |
| | ) | |
| CORY HUBBARD | ) | |

### ORDER

WOLF, D.J.                                                    June 27, 2005

A hearing is required on defendant Cory Hubbard's Motion for Discovery and in the Alternative for Franks Hearing. It shall be held on August 12, 2005, at 3:00 p.m.


                                    /s/ MARK L. WOLF
                                    UNITED STATES DISTRICT JUDGE

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 04-10235-MLW |
| | ) | |
| CORY HUBBARD | ) | |

### ORDER

WOLF, D.J.                                                June 27, 2005

A hearing is required on defendant Cory Hubbard's Motion for Discovery and in the Alternative for Franks Hearing. It shall be held on August 12, 2005, at 3:00 p.m.


                                    /s/ MARK L. WOLF
                                    UNITED STATES DISTRICT JUDGE