```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10235-MLW |
| | ) | |
| **CORY HUBBARD** | ) | |

### GOVERNMENT'S MOTION TO CONTINUE

The government respectfully moves that the hearing on defendant's motion for discovery be continued from August 12, 2005 to August 23, 2005 or such earliest date thereafter as is convenient to the Court. As grounds therefor, the government states that a potential witness for the government will be on a prepaid vacation on August 12, 2005 and through the following week but will be available beginning the week of August 22, 2005.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                    By:  /s/Robert E. Richardson
                         Robert E. Richardson
                         Assistant U.S. Attorney
```

### CERTIFICATE OF SERVICE

Suffolk, ss.                                  Boston, Massachusetts
                                              July 12, 2005

   I hereby certify that I caused a true copy of the foregoing to be served by electronic filing upon counsel for the defendant, Frank D. Camera, Esq., 56 N. Main Street, Suite 321, Fall River, MA 02720.

```
                         /s/Robert E. Richardson
                         Robert E. Richardson
```

Assistant U.S. Attorney

Assistant U.S. Attorney