UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                          **CRIMINAL CASE**

                                           **NO. 04-10235-MLW**
             V.

**COREY HUBBARD**
        Defendant(s)

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **MOTION HEARING** originally scheduled for **August 12, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED.

                                           SARAH A. THORNTON
                                           CLERK OF COURT

**August 9, 2005**                         By:   /s/ Dennis O'Leary
        Date                                     Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                            [ntchrgcnf.]
                                                    [kntchrgcnf.]