UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| V. } | CRIMINAL ACTION |
| } | NO. 04-10235-MLW |
| CORY HUBBARD } | |
| DEFENDANT } | |

**REQUEST FOR ORAL ARGUMENT ON MOTION FOR DEFENDANT'S SUPPLEMENTAL MOTION FOR DISCOVERY AND CERTIFICATION PURSUANT TO L.R. 116.3(J)**

Now comes the Defendant, Cory Hubbard, and pursuant to Local Rule 7.1(D) of the United States District Court for the District of Massachusetts, requests that this Court hold arguments on the above referenced motion.

The defendant, pursuant to L.R. 116.3(J), avers that good cause exists for the filing of the *Supplemental Motion For Discovery*. Specifically, despite review of all pertinent documentation associated with this matter, counsel, through further inquiry, was made aware of information not previously known to him. The defendant has previously filed *Motion For Discovery and In The Alternative For A Franks Hearing*. This motion has not yet been heard by this court. The defendant respectfully asks this court that the previously filed motion be joined with the *Supplemental Motion For Discovery,* since the underlying issues are the same.

        Respectfully submitted,
        Cory Hubbard,
        By his attorney,


        /s/ *Frank D. Camera*
        Frank D. Camera
        BBO #635930
        56 North Main Street #321
        Fall River, MA 02720
        508-677-2878
        508-677-2876 fax


Dated: September 19, 2005

## CERTIFICATION

I, Frank D. Camera, hereby certify that I have served a copy of the within motion to AUSA Robert Richardson via electronic filing on this 19th day of September 2005.

        /s/ *Frank D. Camera*