LAW OFFICES OF
# FRANK D. CAMERA

MAIN OFFICE
56 NORTH MAIN STREET #321
FALL RIVER, MA 02720
508-677-2878
FAX: 508-677-2876

21 MCGRATH ·VY. #402
QUIN· MA 02169
( 770-9488
PAGER: ! 969-5935

September 19, 2005

United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA  02210

Att:  Dennis O'Leary,
      Courtroom Clerk to Judge Mark A. Wolf

Re:  United States of America v. Cory Hubbard
     Docket No. 04-10235-MLW

Dear Mr. O'Leary:

   Enclosed please find:

   1. RMV-1 form
   2. Affidavit in Support of Search Warrant

   Both of these documents were referenced in *Defendant's Supplemental Motion for Discovery And Incorporated Memorandum of Law.*

   Please file accordingly.

                                                    Sincerely,

                                                    Frank D. Camera, Esq.

Encs.
cc: Robert Richardson, AUSA

mal