PLEASE TYPEWRITE OR PRINT (BLACK INK) DO NOT ERASE, STRIKE OUT, OR CROSS OVER.

**Massachusetts Registry of Motor Vehicles**
**RMV-1 Application Form 617-351-4500**

ORIGINAL

2/13/04    1105

3. Number of Documents ☐RO (Registration Only)  ☐RX (Registr  Transfer)
☐ST (Salvage Title)  ☐RT (Registration & Title)  ☐TAR (Title/  egistration)
☐TO (Title Only)  ☐SW (Summer/Winter Swap)  ☐ Ad  s Change

**Registration/Vehicle Information**
5. Plate Type  PAN
6. Registration Number  VP11
7. Previous Title #  AZ880153
tle  Ma.

9. Type of Registration: ☐Passenger ☐Bus ☐Taxi ☐Livery ☐Commercial
☐Trailer ☐Auto Home ☑Semi-Trailer ☐Motorcycle ☐Other____

10. Vehicle Identification Number:
W V W M A 6 3 B 8 X E 5 1 1    31/18

| 11. Year | 12. Make | 13. Model Name | 14. Model # | 15. Body Style | 16. Circle Color(s) of Vehicle | 17. # of Cy | s/Passengers/Doors |
|---|---|---|---|---|---|---|---|
| 99 | Volk | Passat HS | | 4 dr. Wag | 0-Orange 1-Black 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple | 4 | 5   14. |

18. Transmission ☑Automatic ☐Manual
19. Total Gross Weight (Laden)
20. Motor Power ☑Gasoline ☐Diesel ☐Electric ☐Other

21. Bus: ☐Regular ☐DPU ☐Livery ☐Taxi ☐School Pupil
If carrying passengers for hire, max no of passengers that can be seated ____
If school bus, it is used exclusively for city, town, or school district? ☐Y  INo

**Owner Information**
22. Owner 1 License #/State  012 808431
23. Owner 2 License #/State
24. EIN/FID # (see block 29)

25. Owner 1 Name (Last, First, Middle)  Green, Delbert I.
26. Owner 1 Date of Birth  5 - 9 - 82

27. Owner 2 Name (Last, First, Middle)
28. Owner 2 Date of Birth

29. Corp/Co/Organization Name (see block 24)
30. City/Town Where Vehicle is Princi  New Be    Garaged:  ford

31. Mailing Address    City    State    Zip Code

32. Residential Address  545 Cottage St.    City  New Bedford    State  Ma.    Zip Code  02746

33. For Leased Vehicles include License Number, Date of Birth and State or EIN/FID Number and Name of Lessee

34. For Leased Vehicles, Include Address, City, State, and Zip Code of Lessee

**Signatures**
I/WE THE APPLICANTS HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THERE ARE NO OUTSTANDING EXCISE TAX LIABILITIES ON THE VEHICLE DESCRIBED ABOVE THAT HAVE BEEN INCURRED BY THE APPLICANT(S), ANY MEMBER OF THE APPLICANT'S IMMEDIATE FAMILY WHO IS A MEMBER OF THE APPLICANT'S HOUSEHOLD OR THE BUSINESS PARTNER OF THE APPLICANT(S)**THE UNDERSIGNED HEREBY FURTHER CERTIFY THAT ALL INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE AND BELIEF. FALSE STATEMENTS ARE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.

35. Signature of Owner From Block 25 or 29. Also Print Name If Different

36. Signature of 2nd Owner From Block 27. Also Print Name If Different

37. Authorized Dealer's Signature    38. Dealer Reg No.

39. Seller's Name (Please Print)  Hazel L Quinones

40. Seller's Address  41 Scott St.    New Bedford  Ma  02744

**Sales or Use Tax Sch  le**
56 A. SALE BY LICENSED MOTOR VEHICL    LER
DEALER EIN/FID NUMBER
Total Sales Price
(adjusted for dealer's discount and manu  er's rebate)
Less Manufacturer's Excise
(on commercial vehicles over 10,  )
Net Sales Price
Less Trade-In Allowance For:
Yr____  Make____
VIN No. Received on Trade-in
Taxable Sales Price
5% Sales Tax
B. SALES BY OTHER THAN MOTOR VEHIC  LER
Gross Sales Price
5% Use Tax (Bill of Sale Must Be  )
C. CLAIM EXEMPTION FROM TAX
1. Exempt Organization Certificate N  er
2. See Attached Form  3. Other

**Insurance Certification**  THE COMPANY SIGNATORY HERETO HEREBY CERTIFIES THAT IT HAS OR WILL INSURE OR GUARANTEE PERFORMANCE BY THE APPLICANT HEREINBEFORE NAMED WITH RESPECT TO THE MOTOR VEHICLE HEREINBEFORE DESCRIBED FOR A PERIOD AT LEAST COTERMINOUS WITH THAT OF SUCH REGISTRATION UNDER A MOTOR VEHICLE LIABILITY POLICY, BINDER OR BOND WHICH CONFORMS TO THE PROVISIONS OF GENERAL LAWS, CHAPTER 175, SECTION 113A, AND THAT THE PREMIUM CHARGE AND CLASSIFICATION ON THE EFFECTIVE DATE OF REGISTRATION ARE AS ESTABLISHED BY THE COMMISSIONER OF INSURANCE UNDER CHAPTER 175, SECTION 113B, 113H AND CHAPTER 175.

41A. Policy Effective Date:  2-13-04
☐Met P&C™
Policy Change Date:____
41B. Manual Class:  41C. Ins Company & Code:  585
Insurance Co's Authorized Representative's Signature

**Title Data**  42. Date of Purchase  2-13-04    43. Odometer Reading

44. ☐New Vehicle ☑Used Vehicle  If new vehicle, certificate of origin must be submitted
45. Title Type: ☐Clear ☐Salvage ☐Reconstruct ☐Owner Retained ☐Theft ☐Prior Owner Retained
46. Primary Salvage Title Brands:  47. Secondary Salvage Brand
☐Repairable ☐Parts Only

**Fee Information**
57. Reg:____  Title:____
TOTAL $:____  Clerk ID
☐Cash ☐Check ☐Credit Card ☐C
Batch No:
Clerk Initials:

**Lienholder Information**
I/we certify that all liens on this vehicle are listed below
50. First Lienholder Code  51. Name
48. Date of 1st Lien    49. Date of 2nd Lien

52. Lien Address