```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10235-MLW |
| ) | |
| **CORY HUBBARD** ) | |

### GOVERNMENT'S MOTION TO ENLARGE TIME

The government respectfully moves that this Court enlarge it time to respond to defendant's Second Motion for Discovery and Incorporated Memorandum of Law, from October 3, 2005[1] to and including October 10, 2005.  As grounds therefor, undersigned counsel, who is responsible for this matter, states that, in addition to other duties in the district court, he is responsible for preparing and arguing two cases before the Court of Appeals for the First Circuit during the week of October 3, 2005 -- United States v. Omar Sharif McKoy, No. 05-1096, currently scheduled for argument on October 3, 2005, and United States v. Earl Dessesaure, No. 04-2170, currently scheduled for argument on October 5, 2005 -- and that enlarging the government's response time as requested will enable undersigned counsel to complete said responsibilities and provide the Court in this matter with an opposition that will meaningfully assist the Court in resolving the issues raised.

---

[1] The Motion apparently was filed electronically on Sunday, September 18, 2005.  Since the date two weeks hence is likewise a Sunday, the government's response, absent an enlargement of time, is due the next business day, or October 3.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


By:  /s/Robert E. Richardson
     Robert E. Richardson
     Assistant U.S. Attorney


CERTIFICATE OF SERVICE

Suffolk, ss.                        Boston, Massachusetts
                                      September 30, 2005

    I hereby certify that I caused a true copy of the foregoing to be served by electronic filing upon counsel for the defendant, Frank D. Camera, Esq., 56 N. Main Street, Suite 321, Fall River, MA 02720.

                                    /s/Robert E. Richardson
                                    Robert E. Richardson
                                    Assistant U.S. Attorney