UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>     v.           )<br>)<br>**CORY HUBBARD**          ) | CRIMINAL NO. 04-10235-MLW |

### GOVERNMENT'S MOTION TO ENLARGE TIME

The government respectfully moves that this Court enlarge its time to respond to defendant's Second Motion for Discovery and Incorporated Memorandum of Law, from October 10, 2005 to and including October 11, 2005 (the "Motion"). The Court previously granted the government an enlargement of time from October 3, 2005 to October 10, 2005 to respond to the Motion. In support of the instant motion, the United States states that, in seeking its earlier enlargement of time, undersigned counsel did not appreciate that October 10, 2005 is a holiday. Accordingly, the government respectfully requests that the Court grant it a further enlargement of one day, to and including the Court's next business day, October 11, 2005.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By:     /s/Robert E. Richardson
                                        Robert E. Richardson
                                        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Suffolk, ss.                                       Boston, Massachusetts
                                                   October 7, 2005

    I hereby certify that I caused a true copy of the foregoing to be served by electronic filing upon counsel for the defendant, Frank D. Camera, Esq., 56 N. Main Street, Suite 321, Fall River, MA 02720.

                                              /s/Robert E. Richardson
                                              Robert E. Richardson
                                              Assistant U.S. Attorney