```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
          v.                  )   Criminal No. 04-10235-MLW
                              )
CORY HUBBARD                  )


                              ORDER

WOLF, D.J.                                        January 13, 2006

     A hearing on the pending motions shall be held on February

13, 2006, at 11:00 a.m.


                              /s/ Mark L. Wolf
                              _____
                              UNITED STATES DISTRICT JUDGE
```