```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
           v.               )   Criminal No. 04-10235-MLW
                            )
CORY HUBBARD                )
```

## ORDER

WOLF, D.J.                                      February 10, 2006

It is hereby ORDERED that defendant Cory Hubbard shall subpoena or otherwise cause Delbert Green to appear to testify, if necessary, at the February 13, 2006 hearing. Mr. Green is subject to the February 10, 2006 Sequestration Order.


                                    /S/ MARK L. WOLF
                                    UNITED STATES DISTRICT COURT