UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10235

| United States | Cory Hubbard |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Richardson | Frank Camera |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

## CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 2/13/06 | Court gives it's tentative views regarding the pending motion to suppress/for Frank's hearing. Court denies the motion to suppress. Delbert Green takes the stand and is sworn. Witness takes the stand and invokes his rights under the fifth amendment. Court excuses the witness and his attorney, Theodore Barone. Court strikes the affidavit of Delbert Green in support of the motion for Frank's hearing. Court instructs the government to remind it of the events of today should the defendant be convicted. Court listens to oral arguments on the motion for a Franks hearing. Court denies the defendant's motion for a Frank's hearing and for discovery in support of a Franks hearing. |