```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA          ) | |
|                                   ) | |
|         v.                        ) | Cr. No. 04-10235-MLW |
|                                   ) | |
| CORY HUBBARD                      ) | |
|     Defendant.                    ) | |

<u>ORDER</u>

WOLF, D.J.                                                February 13, 2006

For the reasons stated in detail in court on February 13, 2006, it is hereby ORDERED that:

1. The defendant's Motion to Suppress Evidence (Docket No. 22) is DENIED.

2. The defendant's Motion for Discovery and in the Alternative Motion for Franks Hearing (Docket No. 39), Corrected Motion for Discovery and in the Alternative Motion for Franks Hearing(Docket No. 40), and Supplemental Motion for Discovery (Docket No. 53) are DENIED.

3. The defendant's Motion for Leave to File Additional Motions (Docket No. 38) is ALLOWED.

4. The government's Motion to Continue Hearing on Defendant's Motion for Discovery (Docket No. 50) is MOOT.

5. The defendant's Motion for Hearing on Supplemental Motion for Discovery (Docket No. 54) is MOOT.

6.  The parties shall comply with the attached Scheduling Order.


      /s/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE