UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    }
UNITED STATES OF AMERICA      }
                                                    }
V.                                                  }                    CRIMINAL ACTION
                                                    }                    NO. 04-10235-MLW
CORY HUBBARD                        }
DEFENDANT                             }
_____}

## DEFENDANT CORY HUBBARD'S ASSENTED TO MOTION FOR EXTENSION OF SCHEDULING DEADLINE AND FOR A PRE-PLEA PREPARATION OF PRESENTENCE REPORT

        Now comes the Defendant, Cory Hubbard, by and through his counsel, Frank D.

Camera, and hereby requests this Court extend the deadlines set forth in its Scheduling

Order dated February 15, 2006.  Mr. Hubbard, with the assent of the Government,

requests that the deadline be extended in order for a pre-sentence report be prepared at

this time and prior to a possible change of plea.  Berthoff v. United States, 140 F.Supp.2nd

50, 94-95 (D. MA. 2001).

        The Defendant is charged with being a felon in possession of a firearm and

ammunition, as described in 18 U.S.C. §922(g)(1).  There is a possibility that due to Mr.

Hubbard's prior criminal record, including his juvenile record, the penalty could be a

mandatory minimum of fifteen years (180 months) under 18 U.S.C. § 924(e).  An issue

will be whether a juvenile (non-youthful offender) adjudication for assault by means of a

dangerous weapon will qualify as a "violent felony".  Further, there remains the

possibility that he will be considered a career offender, however, this issue is also unclear

given his record. The opportunity for a pre-plea pre-sentence report will provide the

Defendant with the information that is required in order to assess how to proceed.

Respectfully Submitted,
Cory Hubbard,
By his attorney,


/s/ Frank D. Camera_____
Frank D. Camera
B.B.O. #635930
56 N. Main Street #321
Fall River, MA 02720
508-677-2878
508-677-2876


Dated: February 19, 2006


## CERTIFICATE OF SERVICE

I, Frank D. Camera, hereby certify that I have delivered a true copy of the within

document to all parties of record by electronic filing on February 19, 2006.


/s/ Frank D. Camera_____