UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | } | |
| UNITED STATES OF AMERICA | } | |
| | } | |
| V. | } | CRIMINAL ACTION |
| | } | NO. 04-10235-MLW |
| CORY HUBBARD | } | |
| DEFENDANT | } | |
| _____ | } | |

## DEFENDANT'S MOTION FOR EXTENSION TO FILE PROPOSED VOIR DIRE QUESTIONS, MOTIONS IN LIMINE AND PROPOSED JURY INSTRUCTIONS

Now comes the defendant, Cory Hubbard, in the above-captioned matter, and hereby moves this Honorable Court to extend the time to submit proposed voir dire questions, motions in limine, and proposed jury instructions from February 22, 2006 to February 24, 2006.

As grounds therefore, Defendant states that although counsel has exercised due diligence in attempting to comply with the February 22, 2006 deadline, he was unable to do so. The Defendant asserts that this extension will not prejudice the government.

WHEREFORE, Defendant respectfully requests that this Court allow his motion.

Respectfully submitted,
Cory Hubbard,
By his attorney,


/s/ Frank D. Camera_____
Frank D. Camera, Esq.
B.B.O. #635930
56 N. Main Street #321
Fall River, MA 02720
Date; Feb. 22, 2006                                        508-677-2878

## CERTIFICATE OF SERVICE

I, Frank D. Camera, hereby certify that I have delivered a true copy of the within document to all parties of record by electronic filing on this 22nd day of February 2006.


/s/ Frank D. Camera_____