UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10235

| United States of America | Cory Hubbard |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Richardson | Frank Camera |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary         REPORTER Romanow

### CLERK'S NOTES

| DATES: | Change of plea |
|---|---|
| 3/8/06 | Defense counsel seeks more time to go over plea agreement with his client. |
| | Court resumes at 4:30 and proceeds with the change of plea hearing |
| | Plea colloquy started |
| | Government summarizes the evidence it would present had the case gone to trial |
| | Defendant pleads guilty to counts 1-4 of the indictment |
| | Court accepts the plea and directs the clerk to enter the same |
| | Defendant remanded to the custody of the United States marshals |
| | Sentencing set for 6/7/06 at 3:00 PM.  Procedural order to issue |