UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| V. | } | CRIMINAL ACTION |
|  | } | NO. 04-10235-MLW |
| CORY HUBBARD | } | |
| DEFENDANT | } | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SUBMIT SENTENCING MEMORANDUM**

Now comes the Defendant, Cory Hubbard, by and through his counsel, Frank D. Camera, hereby requests this Court extend the deadline to submit the sentencing memorandum from May 24, 2006 to May 30, 2006.

Good cause exists for this extension in that the Defendant did not receive the Pre-Sentence Report until May 15, 2006. Further, based on counsel's schedule, he was not able to visit the Defendant in Plymouth County Correctional Facility until May 23, 2006.

The Government has assented to this motion.

Respectfully Submitted,
Cory Hubbard,
By his attorney,

/s/ Frank D. Camera
Frank D. Camera
B.B.O. #635930
56 N. Main Street #321
Fall River, MA 02720
508-677-2878
508-677-2876

## CERTIFICATE OF SERVICE

I, Frank D. Camera, hereby certify that I have delivered a true copy of the within document to all parties of record by electronic filing on the 24th of may 2006.

/s/ Frank D. Camera_____