## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10235

United States of America                     Cory Hubbard
        PLAINTIFF                                DEFENDANT

Leah Foley                                   Frank Camera

_____              _____

_____              _____

    COUNSEL FOR PLAINTIFF            COUNSEL FOR DEFENDANT

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

### CLERK'S NOTES

| DATES: | Sentencing Hearing |
|--------|--------------------|
| 6/7/06 | Court goes over the PSR with the parties and makes the necessary rulings on the objections to the PSR. |
|        | Guidelines are as follows: TOL 31, CH VI, 188-235 months custody, 48-60 months supervised release, |
|        | $15K - $3 million fine, $400 special assessment fee.  Government argues for a sentence of 200 months custody, |
|        | 60 months supervised release and $400 special assessment fee.  Defendant argues absent a downward |
|        | departure sua sponte from the court then the defendant argues for a sentence of 188 months custody. |
|        | Defendant addresses the court.  Formal sentencing: 188 months custody with judicial recommendation that |
|        | defendant participate in 500 drug program, mental health counseling program and be placed in an appropriate |
|        | facility as near to New Bedford as possible.  48 months supervised release on the standard conditions plus the |
|        | special conditions detailed in court.  No fin but a $400 special assessment fee is imposed.  Defendant advised |
|        | of his right to appeal and to counsel.  Court allows the government's motion to dismiss count five. |
|        |  |
|        |  |
|        |  |
|        |  |
|        |  |
|        |  |
|        |  |