```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
          v.                   ) CRIMINAL NO. 04-10235-MLW
                               )
CORY HUBBARD                   )
```

### DISMISSAL OF COUNT FIVE OF INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses Count Five of the Indictment, charging defendant Cory Hubbard with a violation of Title 18, United states Code, Section 924(c). In support of this dismissal, the government states that such action is consistent with the plea agreement with the parties.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:
                              /s/Robert E. Richardson
                              ROBERT E. RICHARDSON
                              Assistant U.S. Attorney
```

Leave to File Granted:

_____
Mark L. Wolf, Chief Judge
United States District Court