UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA } | | |
| } | | |
| V. } | CRIMINAL ACTION | |
| } | NO. 04-10235-MLW | |
| CORY HUBBARD } | | |
| DEFENDANT } | | |

### DEFENDANT'S NOTICE OF APPEAL

Now comes the Defendant, Cory Hubbard, and does hereby file his appeal from the judgment and sentence rendered by this Honorable Court.

    Respectfully Submitted,
    Cory Hubbard,
    By his attorney,

    /s/ Frank D. Camera_____
    Frank D. Camera
    B.B.O. #635930
    56 N. Main Street #321
    Fall River, MA 02720
    508-677-2878
    508-677-2876

Date: June 12, 2006

## **CERTIFICATE OF SERVICE**

      I, Frank D. Camera, hereby certify that I have delivered a true copy of the within document to all parties of record by electronic filing on the 12th of June 2006.

                                            /s/ Frank D. Camera_____