APPEAL, MAG

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10235-MLW-ALL

Case title: USA v. Hubbard
Magistrate judge case number: 1:04-mj-01787-CBS

Date Filed: 08/11/2004

Assigned to: Chief Judge Mark L. Wolf

### Defendant

**Cory Hubbard** (1)
*TERMINATED: 06/24/2006*

represented by **Barry P. Wilson**
Barry P. Wilson Law Offices
240 Commercial Street
Suite 5A
Boston, MA 02109
U.S.A
617-248-8979
Fax: 617-523-8700
Email: office@bpwilson.net
*TERMINATED: 01/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Frank D. Camera**
Law Offices of Frank D. Camera
Bennett Building, Suite 321
56 North Main Street
Fall River, MA 02720
508-677-2878
Fax: 508-677-2876
Email: frankcamera@cox.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

**Disposition**

| | |
|---|---|
| 18:922(g)(1) Felon in Possession of Firearm and Ammunition (1) | 188 months custody, 48 months supervised release, $400 special assessment fee. |
| 21:841(a)(1) Possession with Intent to Distribute Controlled Substance (2-4) | 188 months custody, 48 months supervised release, $400 special assessment fee. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:924(c)(1)(A) Possession of a Firearm in Furtherance of a Drug Trafficking Crime (5) | |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:922(g)(1), 924(c); 21:841(a)(1) - POSSESSION OF A FIREARM AND AMMUNITION, POSSESSING A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME AND POSSESSION OF CONTROLLED SUBSTANCE, TO WIT, COCAINE, COCAINE BASE AND MARIJUANA | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Robert E. Richardson** United States Attorney's Office Suite 9200 |

1 Courthouse Way
Boston, MA 02210
617-748-3247
Fax: 617-748-3951
Email:
robert.richardson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2004 | 1 | SEALED COMPLAINT as to Cory Hubbard (1). (Catino3, Theresa)[1:04-mj-01787-CBS] (Entered: 06/23/2004) |
| 06/22/2004 | 2 | AFFIDAVIT of Sheila M. O'Hara by USA as to Cory Hubbard re: 1 Complaint (Sealed) (Catino3, Theresa)[1:04-mj-01787-CBS] (Entered: 06/23/2004) |
| 06/22/2004 |  | Arrest Warrant Issued as to Cory Hubbard. (Catino3, Theresa)[1:04-mj-01787-CBS] (Entered: 06/23/2004) |
| 06/23/2004 | 3 | MOTION to Seal Case as to Cory Hubbard by USA. (Catino3, Theresa)[1:04-mj-01787-CBS] (Entered: 06/25/2004) |
| 06/23/2004 |  | Judge Charles B. Swartwood : Electronic ORDER entered granting 3 Motion to Seal Case as to Cory Hubbard (1) (Catino3, Theresa)[1:04-mj-01787-CBS] (Entered: 06/25/2004) |
| 06/24/2004 | 4 | MOTION to Unseal Case as to Cory Hubbard by USA. (Catino3, Theresa)[1:04-mj-01787-CBS] (Entered: 06/25/2004) |
| 06/24/2004 |  | Judge Charles B. Swartwood : Electronic ORDER entered granting 4 Motion to Unseal Case as to Cory Hubbard (1) (Catino3, Theresa)[1:04-mj-01787-CBS] (Entered: 06/25/2004) |
| 07/02/2004 |  | Arrest of Cory Hubbard (Roland, Lisa)[1:04-mj-01787-CBS] (Entered: 07/02/2004) |
| 07/02/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Initial Appearance as to Cory Hubbard held on 7/2/2004. Case called, Counsel (Hennessy, Weinstein), PTS Cuascut & Dft appear, Dft informed of rights and charges, [1:04Government requests detention, Case continued for P/C |

| | | |
|---|---|---|
| | | & Dtn on 7/13/2004 @ 10:00, Dft remanded to the custody of the US Marshal. (4:43.) (Roland, Lisa)[1:04-mj-01787-CBS] (Entered: 07/06/2004) |
| 07/13/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood : Telephone conference held with Defendant's attorney. and AUSA Richardson, matter is to be continued on 7/15/04 at 11:30 a.m. Defendant brought to the courtro[1:04om and explained to him his attorney was unable to appear, and informed him of the continued hearing date.Detention Hearing as to Cory Hubbard held on 7/13/2004, Preliminary Examination as to Cory Hubbard held on 7/13/2004 (Tape #10:35 cnf room, 10:[1:0445 courtroom.) (Jones, Sherry)[1:04-mj-01787-CBS] (Entered: 07/13/2004) |
| 07/15/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood : Case called, counsel (Richardson, wilson) and defendant appear, Government calls Agent Sheila O'Hara, direct, cross, court finds probable cause, counsel argu[1:04es detention, matter taken under advisement.Detention Hearing as to Cory Hubbard held on 7/15/2004, Preliminary Examination as to Cory Hubbard held on 7/15/2004 (Tape #11:41.) (Jones, Sherry)[1:04-mj-01787-CBS] (Entered: 07/15/2004) |
| 07/15/2004 | 5 | EXHIBIT/WITNESS LIST (Jones, Sherry)[1:04-mj-01787-CBS] (Entered: 07/20/2004) |
| 07/19/2004 | 6 | Judge Charles B. Swartwood : ORDER entered Memorandum of Probable Cause and ORDER OF DETENTION as to Cory Hubbard, ORDER ON PROBABLE CAUSE as to Cory Hubbard. (cc/cl) (Jones, Sherry)[1:04-mj-01787-CBS] (Entered: 07/20/2004) |
| 07/20/2004 | | Attorney update in case as to Cory Hubbard. Attorney Barry Wilson for Cory Hubbard added. (Jones, Sherry)[1:04-mj-01787-CBS] (Entered: 07/20/2004) |
| 08/04/2004 | 7 | Arrest Warrant Returned Executed on 7/2/04. as to Cory Hubbard. (Jones, Sherry)[1:04-mj-01787-CBS] (Entered: 08/04/2004) |
| 08/11/2004 | 8 | INDICTMENT as to Cory Hubbard (1) count(s) 1, 2-4, 5. (Gawlik, Cathy) (Entered: 08/11/2004) |
| 08/11/2004 | | Judge Mark L. Wolf : ORDER entered ORDER REFERRING |

| | | |
|---|---|---|
| | | CASE to Magistrate Judge Charles B. Swartwood Reason for referral: pretrial proceedings as to Cory Hubbard (Gawlik, Cathy) (Entered: 08/11/2004) |
| 08/13/2004 | | Set arraignment Hearing as to Cory Hubbard : Arraignment set for 8/18/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 08/13/2004) |
| 08/16/2004 | | NOTICE OF RESCHEDULING as to Cory Hubbard Arraignment reset for 8/19/2004 02:30 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 08/16/2004) |
| 08/19/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to Cory Hubbard (1) Count 1,2-4,5 held on 8/19/2004; Tim Feeley for Govt; Barry Wilson for Deft; court arraignes deft; deft pleads not guilty (Court Reporter digital.) (Simeone, Maria) (Entered: 08/19/2004) |
| 08/19/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Plea entered by Cory Hubbard Not Guilty on counts all counts;. (Court Reporter digital.) (Simeone, Maria) (Entered: 08/19/2004) |
| 08/20/2004 | 9 | NOTICE OF HEARING as to Cory Hubbard Status Conference set for Thursday, 9/30/2004 02:15 PM in Courtroom 1 in Worcester before Magistrate Judge Charles B. Swartwood. (cc/cl) (Hassett, Kathy) (Entered: 08/20/2004) |
| 08/20/2004 | 10 | Judge Charles B. Swartwood : ORDER entered ORDER ON EXCLUDABLE DELAY as to Cory Hubbard Time excluded from 8/19/04 until 9/2/04. (cc/cl) (Hassett, Kathy) (Entered: 08/20/2004) |
| 08/20/2004 | 11 | Judge Charles B. Swartwood : ORDER entered SCHEDULING ORDER as to Cory Hubbard (cc/cl) (Hassett, Kathy) (Entered: 08/20/2004) |
| 09/30/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Cory Hubbard held on 9/30/2004. Case called, Counsel (Richardson, Wilson) appear by telephone, Counsel request addditional time, Case continued, Time to be excluded. (2:32.) (Roland, Lisa) (Entered: 09/30/2004) |

| | | |
|---|---|---|
| 10/01/2004 | ⊜12 | Judge Charles B. Swartwood : STATUS REPORT as to Cory Hubbard; Status Conference set for 10/29/2004 02:45 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 10/01/2004) |
| 10/01/2004 | ⊜13 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Cory Hubbard; Time excluded from September 2, 2004 until October 29, 2004, cc/cl. (Roland, Lisa) (Entered: 10/01/2004) |
| 11/02/2004 | ⊜ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Cory Hubbard held on 11/2/2004. Case called, Counsel (Richardson, Wilson) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (3:26 P.) (Roland, Lisa) (Entered: 11/02/2004) |
| 11/03/2004 | ⊜14 | Judge Charles B. Swartwood : STATUS REPORT as to Cory Hubbard ; Status Conference set for 1/31/2005 02:00 PM in Courtroom 16 in BOSTON before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) Modified on 11/4/2004 (Jones, Sherry). (Entered: 11/03/2004) |
| 11/03/2004 | ⊜15 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Cory Hubbard; Time excluded from October 29, 2004 until January 28, 2005, cc/cl. (Roland, Lisa) (Entered: 11/03/2004) |
| 12/20/2004 | ⊜16 | NOTICE OF ATTORNEY APPEARANCE: Frank D. Camera appearing for Cory Hubbard. (Jones, Sherry) (Entered: 12/20/2004) |
| 12/29/2004 | ⊜17 | MOTION to Withdraw as Attorney by Bruce P. Wilson, Esq., as to Cory Hubbard.FILED, c/s.(Boyce, Kathy) (Entered: 01/05/2005) |
| 01/10/2005 | ⊜18 | MOTION to Revoke Detention Order,as to Cory HubbardFILED, c/s. (Boyce, Kathy) Modified on 1/11/2005 to correct the filing date from having been previously entered as 1/10/04 to 1/10/05 (Boyce, Kathy). (Entered: 01/11/2005) |
| 01/10/2005 | ⊜19 | MEMORANDUM in Support by Cory Hubbard of 18 MOTION to Revoke Detention Order, FILED, c/s. (Boyce, Kathy) (Entered: 01/11/2005) |
| 01/11/2005 | ⊜ | Notice of correction to docket made by Court staff. Correction: filing date of document no. 18 corrected: to change the filing |

| | | |
|---|---|---|
| | | date from 1/10/04 to 1/10/05 as to Cory Hubbard (Boyce, Kathy) (Entered: 01/11/2005) |
| 01/18/2005 | 20 | MOTION for Extension Motion Deadline as to Cory HubbardFILED, c/s. (Boyce, Kathy) (Entered: 01/20/2005) |
| 01/19/2005 | | Judge Mark L. Wolf : ElectronicORDER entered granting 17 Motion to Withdraw as Attorney. as to Cory Hubbard (1) (O'Leary, Dennis) (Entered: 01/19/2005) |
| 01/19/2005 | | Attorney update in case as to Cory Hubbard. Attorney Barry Wilson terminated. (O'Leary, Dennis) (Entered: 01/19/2005) |
| 01/20/2005 | 21 | MOTION for Hearing *on Revocation of Detention* as to Cory Hubbard. (Camera, Frank) (Entered: 01/20/2005) |
| 01/21/2005 | 22 | MOTION to Suppress *Evidence* as to Cory Hubbard. (Camera, Frank) (Entered: 01/21/2005) |
| 01/21/2005 | 23 | AFFIDAVIT in Support by Cory Hubbard re 22 MOTION to Suppress *Evidence* (Camera, Frank) (Entered: 01/21/2005) |
| 01/21/2005 | 24 | MEMORANDUM in Support by Cory Hubbard re 22 MOTION to Suppress *Evidence* (Camera, Frank) (Entered: 01/21/2005) |
| 01/21/2005 | 25 | Amended AFFIDAVIT in Support by Cory Hubbard re 22 MOTION to Suppress *Evidence* (Camera, Frank) (Entered: 01/21/2005) |
| 01/31/2005 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Cory Hubbard held on 1/31/2005. Case called, Counsel (Richardson, Camera) appear, Case to be sent back to District Judge, Final Status Report to issue, Time to be excluded. (2:13 P.) (Roland, Lisa) (Entered: 01/31/2005) |
| 01/31/2005 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 20 Motion for Extension of Time to File as to Cory Hubbard (1). "ALLOWED. Government to file response to motion to suppress by 2/11/2005." cc/cl (Roland, Lisa) Modified on 2/4/2005 to correct typographical error in text (Boyce, Kathy). (Entered: 02/02/2005) |
| 01/31/2005 | 26 | Judge Charles B. Swartwood : FINAL STATUS REPORT as to Cory Hubbard, cc/cl. (Roland, Lisa) (Entered: 02/02/2005) |
| 01/31/2005 | 27 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE |

| | | |
|---|---|---|
| | | DELAY as to Cory Hubbard; Time excluded from January 28, 2005 until February 11, 2005, cc/cl. (Roland, Lisa) (Entered: 02/02/2005) |
| 01/31/2005 | | Case as to Cory Hubbard no longer referred to Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 02/02/2005) |
| 02/04/2005 | 28 | Opposition by USA as to Cory Hubbard re 18 MOTION to Revoke (Richardson, Robert) (Entered: 02/04/2005) |
| 02/07/2005 | 29 | Letter (non-motion) regarding transcript request as to Cory Hubbard (Hassett, Kathy) (Entered: 02/07/2005) |
| 02/11/2005 | 30 | Opposition by USA as to Cory Hubbard re 22 MOTION to Suppress *Evidence* (Attachments: # 1)(Richardson, Robert) (Entered: 02/11/2005) |
| 03/18/2005 | 31 | TRANSCRIPT of Probable Cause/Detention Hearing as to Cory Hubbard held on July 15, 2004 before Judge Swartwood. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/18/2005) |
| 03/28/2005 | 32 | Copy of Letter dated 3/24/05 to Federal Defender Robert Richardson from Frank D. Camera, Esq. requesting discovery as to Cory Hubbard, FILED. (Boyce, Kathy) (Entered: 03/29/2005) |
| 04/08/2005 | 33 | NOTICE OF HEARING ON MOTION as to Cory Hubbard Motion Hearing set for 4/21/2005 10:30 AM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 04/11/2005) |
| 04/15/2005 | 34 | First MOTION to Continue *Motion To Suppress hearing* as to Cory Hubbard. (Camera, Frank) (Entered: 04/15/2005) |
| 04/18/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 34 Motion to Continue Hearing on Motion to Suppress as to Cory Hubbard (1). The motion to suppress and related matters will be discussed on April 21, 2005, but the merits will not be addressed. (O'Leary, Dennis) (Entered: 04/18/2005) |
| 04/21/2005 | 36 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Motion Hearing as to Cory Hubbard held on 4/21/2005 |

| | | |
|---|---|---|
| | | re 21 MOTION for Hearing *on Revocation of Detention* filed by Cory Hubbard, (Court Reporter Killian.) (O'Leary, Dennis) (Entered: 04/22/2005) |
| 04/22/2005 | 35 | Judge Mark L. Wolf : ORDER entered. as to Cory Hubbard Defendant's Discovery Motion due by 4/29/2005. Defendant's Status Report due by 4/22/2005. Motion Hearing set for 5/19/2005 02:30 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 04/22/2005) |
| 04/22/2005 | 37 | Letter to Judge Wolf from Farank D. Camera, Esq. dated 4/22/05 reporting that he spoke to the deft per order of the court re the possibility of the Courtgranting the request for pre-trial release, FILED. (Boyce, Kathy) (Entered: 04/25/2005) |
| 04/29/2005 | 38 | MOTION for Leave to File *Additional Motions Late* as to Cory Hubbard. (Camera, Frank) (Entered: 04/29/2005) |
| 04/29/2005 | 39 | MOTION for Discovery as to Cory Hubbard. (Camera, Frank) (Entered: 04/29/2005) |
| 04/29/2005 | 40 | MOTION for Discovery *Corrected Version* as to Cory Hubbard. (Camera, Frank) (Entered: 04/29/2005) |
| 05/09/2005 | 41 | Letter to Mr. O'Leary from Frank D. Camera enclosing the Mass. Registry of Motot Vehicle documents (as referenced in footnote #1 in Deft's Motion for Discovery) and the Affidavit of Delbert Greene, FILED. (Boyce, Kathy) (Entered: 05/10/2005) |
| 05/09/2005 | 42 | AFFIDAVIT of Delbert Green filed by Frank Camera, Esq. as to Cory Hubbard in support of 40 MOTION for Discovery *Corrected Version* filed by Cory Hubbard, FILED, c/s. (Boyce, Kathy) (Entered: 05/10/2005) |
| 05/10/2005 | 43 | MOTION for Extension of Time to 5/20/05 to File Response/Reply *to Motion for Discovery* as to Cory Hubbardby USA. (Richardson, Robert) (Entered: 05/10/2005) |
| 05/13/2005 | 44 | First Opposition by USA as to Cory Hubbard re 40 MOTION for Discovery *Corrected Version* (Richardson, Robert) (Entered: 05/13/2005) |
| 05/16/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 43 Motion for Extension of Time to File Response/Reply as to Cory Hubbard (1) (O'Leary, Dennis) (Entered: 05/16/2005) |
| 05/16/2005 | | NOTICE CANCELLING DEADLINE as to Cory Hubbard. |

| | | |
|---|---|---|
| | | Deadline cancelled: Motion Hearing set for May 19, 2005. (O'Leary, Dennis) (Entered: 05/16/2005) |
| 06/27/2005 | 48 | Judge Mark L. Wolf : ORDER entered denying 18 Motion to Revoke as to Cory Hubbard (1) (Boyce, Kathy) (Entered: 06/27/2005) |
| 06/27/2005 | 49 | Judge Mark L. Wolf : ORDER entered. as to Cory Hubbard. A hearing is required on deft Cory Hubbard's Motion for Discovery and in the Alternative for Frank's Hearing. It shall be held on August 12, 2005 at 3:00 p.m. Motion Hearing set for 8/12/2005 @ 03:00 PM in Courtroom 10 before Judge Mark L. Wolf. (Boyce, Kathy) (Entered: 06/27/2005) |
| 07/12/2005 | 50 | MOTION to Continue *Hearing on Defendant's Motion for Discovery* to August 23, 2005 as to Cory Hubbardby USA. (Richardson, Robert) (Entered: 07/12/2005) |
| 08/09/2005 | 51 | NOTICE CANCELLING DEADLINE as to Cory Hubbard. Deadline cancelled: Motion Hearing (O'Leary, Dennis) (Entered: 08/09/2005) |
| 08/22/2005 | 52 | Letter sent to AUSA Robert Richardson from Frank D. Camera requesting discovery pursuant to L.R. 116.3 (A) and Local Rule 116.9(A) as to Cory Hubbard, FILED. (Boyce, Kathy) (Entered: 08/24/2005) |
| 09/18/2005 | 53 | Second MOTION for Discovery *and Incorporated Memorandum of Law* as to Cory Hubbard. (Camera, Frank) (Entered: 09/18/2005) |
| 09/19/2005 | 54 | MOTION for Hearing *on Supplemental Motion For Discovery* as to Cory Hubbard. (Camera, Frank) (Entered: 09/19/2005) |
| 09/22/2005 | 55 | Letter to Mr. O'Leary from Frank D. Camera, Esq. enclosing two documents which were referenced in Deft's Supplemental Motion for Discovery And Incorporated Memorandum of Law as to Cory Hubbard (Attachments: # 1 RMV -1 form# 2 Application in Support of Search Warrant)(Boyce, Kathy) (Entered: 09/28/2005) |
| 09/30/2005 | 56 | MOTION for Extension of Time to October 10, 2005 to File Response/Reply as to 53 Second MOTION for Discovery *and Incorporated Memorandum of Law* as to Cory Hubbardby USA. (Richardson, Robert) (Entered: 09/30/2005) |
| 10/05/2005 | | Judge Mark L. Wolf : ElectronicORDER entered granting 56 |

| | | |
|---|---|---|
| | | Motion for Extension of Time to File Response/Reply as to Cory Hubbard (1) (O'Leary, Dennis) (Entered: 10/06/2005) |
| 10/07/2005 | 57 | MOTION for Extension of Time to October 11, 2005 to File Response/Reply as to 53 Second MOTION for Discovery *and Incorporated Memorandum of Law* as to Cory Hubbardby USA. (Richardson, Robert) (Entered: 10/07/2005) |
| 10/11/2005 | 58 | Opposition by USA as to Cory Hubbard re 53 Second MOTION for Discovery *and Incorporated Memorandum of Law* (Richardson, Robert) Additional attachment(s) added on 10/12/2005 (O'Leary, Dennis). (Entered: 10/11/2005) |
| 10/12/2005 | | Judge Mark L. Wolf : ElectronicORDER entered granting 57 Motion for Extension of Time to File Response/Reply as to Cory Hubbard (1) nunc pro tunc 10/11/2005 (O'Leary, Dennis) (Entered: 10/12/2005) |
| 01/13/2006 | 59 | NOTICE OF HEARING ON MOTION as to Cory Hubbard Motion Hearing set for 2/13/2006 11:00 AM in Courtroom 10 before Chief Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 01/13/2006) |
| 02/10/2006 | 60 | Judge Mark L. Wolf : SEQUESTRATION ORDRER entered. as to Cory Hubbard (O'Leary, Dennis) (Entered: 02/10/2006) |
| 02/10/2006 | 61 | Judge Mark L. Wolf : ORDER entered. as to Cory Hubbard. It is hereby ORDERED that defendant Cory Hubbard shallsubpoena or otherwise cause Delbert Green to appear to testify, ifnecessary, at the February 13, 2006 hearing. Mr. Green is subjectto the February 10, 2006 Sequestration Order. (O'Leary, Dennis) (Entered: 02/10/2006) |
| 02/13/2006 | 62 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Motion Hearing as to Cory Hubbard held on 2/13/2006 re 22 MOTION to Suppress *Evidence* filed by Cory Hubbard,, 39 MOTION for Discovery filed by Cory Hubbard,, 40 MOTION for Discovery *Corrected Version* filed by Cory Hubbard,, 53 Second MOTION for Discovery *and Incorporated Memorandum of Law* filed by Cory Hubbard, (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 02/15/2006) |
| 02/13/2006 | 63 | Judge Mark L. Wolf : ORDER entered denying 22 Motion to Suppress as to Cory Hubbard (1); granting 38 Motion for Leave to File as to Cory Hubbard (1); denying 39 Motion for |

| | | |
|---|---|---|
| | | Discovery as to Cory Hubbard (1); denying 40 Motion for Discovery as to Cory Hubbard (1); finding as moot 50 Motion to Continue as to Cory Hubbard (1); denying 53 Motion for Discovery as to Cory Hubbard (1); finding as moot 54 Motion for Hearing as to Cory Hubbard (1) (Attachments: # 1) (O'Leary, Dennis) (Entered: 02/15/2006) |
| 02/15/2006 | 64 | Judge Mark L. Wolf : ORDER entered. PRETRIAL ORDER as to Cory Hubbard Time excluded from 2/13/2006 until 3/8/2006. Status Report due by 2/27/2006. Jury Trial set for 3/16/2006 09:00 AM in Courtroom 10 before Chief Judge Mark L. Wolf. Pretrial Conference set for 3/8/2006 03:30 PM in Courtroom 10 before Chief Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 02/15/2006) |
| 02/19/2006 | 65 | MOTION sceduling order *Pre-Plea Pre-Sentence Report* as to Cory Hubbard. (Camera, Frank) (Entered: 02/19/2006) |
| 02/22/2006 | 66 | Proposed Jury Instructions by USA as to Cory Hubbard (Richardson, Robert) (Entered: 02/22/2006) |
| 02/22/2006 | 67 | TRIAL BRIEF by USA as to Cory Hubbard (Richardson, Robert) (Entered: 02/22/2006) |
| 02/22/2006 | 68 | MOTION in Limine as to Cory Hubbardby USA. (Richardson, Robert) (Entered: 02/22/2006) |
| 02/22/2006 | 69 | Proposed Voir Dire by USA as to Cory Hubbard (Richardson, Robert) (Entered: 02/22/2006) |
| 02/22/2006 | 70 | MOTION for Extension of Time to February 24, 2006 to File *proposed voir dire, jury instructions and motions in limine* as to Cory Hubbard. (Camera, Frank) (Entered: 02/22/2006) |
| 02/23/2006 | | NOTICE issued requesting courtesy copy for 66 Proposed Jury Instructions, 67 Trial Brief, 68 MOTION in Limine, 69 Proposed Voir Dire as to Cory Hubbard Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office by 3/1/2006. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (O'Leary, Dennis) (Entered: 02/23/2006) |
| 02/24/2006 | 71 | MOTION in Limine *To exclude 404(B) Evidence* as to Cory Hubbard. (Camera, Frank) (Entered: 02/24/2006) |
| 02/27/2006 | | Judge Mark L. Wolf : Electronic ORDER entered denying 65 |

| | | |
|---|---|---|
| | | Motion to Extend Scheduling Deadline and for Pre Plea Presentence Report as to Cory Hubbard. DENIED. The parties are encouraged to consult the Probation Department concerning the implications of defendant's criminal record. However, it is not appropriate to delay the march 13, 2006 trial date for preparation of a full PSR. (1); granting 70 Motion for Extension of Time as to Cory Hubbard (1)nunc pro tunc 2/22/2006. (O'Leary, Dennis) (Entered: 02/27/2006) |
| 03/03/2006 | 72 | Opposition by USA as to Cory Hubbard re 71 MOTION in Limine *To exclude 404(B) Evidence* (Richardson, Robert) (Entered: 03/03/2006) |
| 03/08/2006 | 73 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Change of Plea Hearing as to Cory Hubbard held on 3/8/2006, Plea entered by Cory Hubbard (1) Guilty Count 1,2-4. (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 03/09/2006) |
| 03/08/2006 | 74 | Judge Mark L. Wolf : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Cory Hubbard Sentencing set for 6/7/2006 03:00 PM in Courtroom 10 before Chief Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 03/09/2006) |
| 05/24/2006 | 75 | MOTION for Extension of Time to May 30, 2006 to File sentencing memorandum as to Cory Hubbard. (Camera, Frank) (Entered: 05/24/2006) |
| 05/24/2006 | 76 | SENTENCING MEMORANDUM by USA as to Cory Hubbard (Richardson, Robert) (Entered: 05/24/2006) |
| 05/30/2006 | 77 | SENTENCING MEMORANDUM by Cory Hubbard (Camera, Frank) (Entered: 05/30/2006) |
| 06/07/2006 | 78 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Sentencing held on 6/7/2006 for Cory Hubbard (1), Count(s) 1, 2-4, 188 months custody, 48 months supervised release, $400 special assessment fee.. (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 06/09/2006) |
| 06/07/2006 | | Judge Mark L. Wolf : Electronic ORDER entered granting 79 Motion to Dismiss as to Cory Hubbard (1) (O'Leary, Dennis) (Entered: 06/12/2006) |
| 06/09/2006 | 79 | MOTION to Dismiss *Count Five* as to Cory Hubbardby USA. (Richardson, Robert) (Entered: 06/09/2006) |

| | | |
|---|---|---|
| 06/12/2006 | 80 | NOTICE OF APPEAL by Cory Hubbard Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/3/2006. (Camera, Frank) (Entered: 06/12/2006) |
| 06/24/2006 | 81 | Judge Mark L. Wolf : ORDER entered. JUDGMENT as to Cory Hubbard (1), Count(s) 1, 2-4, 188 months custody, 48 months supervised release, $400 special assessment fee. (O'Leary, Dennis) (Entered: 06/29/2006) |