04cr10235

## Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

FILED
IN CLERKS OFFICE
2006 JUL 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

District Court No. _____
Appeal No. _____

v.

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: *Cory Hilliard*

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 07/04/06

My issues on appeal are: I feel that the sentence is to harsh, and significantly over represents my criminal history. I initially at first pleaded to ACC witch is 15 years min-mando. But my PSI came back that i was Carrer Affender and that i was not ACC/I feel that i should have got a Revised plea and pleaded out to Carrer affender

See seperate sheet for my issues of appeal

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ None | $ 10,000 | $ 0 | $ 1,700 montly |
| Self-employment | $ None | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ None | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ None | $ 0 | $ 0 | $ 0 |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ None | $ 0 | $ 0 | $ 0 |
| Alimony | $ None | $ 0 | $ 0 | $ 0 |
| Child support | $ None | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance | $ None | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ None | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ None | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ None | $ yes | $ 0 | $ |
| Other (specify): Welfare | $ None | $ 588 monthly | $ 0 | $ N/A |
| Total Monthly income: | $ None | $ monthly 1,700 | $ 0 | $ 2 1,700 |

From Sept 05 Jan 06

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Allegiance Hospice | Pleasant St | Jan 06 to preasant | 1,700 |

2

4. How much cash do you and your spouse have? $ __0__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ 0 | $ 0 |
| N/A | N/A | $ 0 | $ 0 |
| N/A | N/A | $ 0 | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value): N/A

Other real estate (Value): ___

Motor Vehicle #1 (Value) 3,000
Make & year: 1997 Toyota
Model: CAMRY its my wifes Mothers car
Registration#: ___ She only drive

Motor Vehicle #2 (Value): N/A
Make & year: ___
Model: ___
Registration#: ___

Other assets (Value): ___

Other assets (Value): ___

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Ariana Grace | Child | 6 |
| Aries Hubbard | Child | 2 |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ 168 |
| Are any real estate taxes included? ☐ Yes ☐ No |  |  |
| Is property insurance included? ☐ Yes ☐ No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ 60 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 40 |
| Food | $ 0 | $ 300 |
| Clothing | $ 0 | $ 100 |
| Laundry and dry-cleaning | $ 0 | $ 40 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 20 |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ 0 |
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _____ | $ 0 | $ 0 |
| Installment payments |  | $ 0 |
|  |  | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): _____ | $ 0 | $ 0 |
| Department store (name): _____ | $ 0 | $ 0 |

4

|  |  | Spouse |
|---|---|---|
| Other: _____ | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): DayCare | $ 0 | $ 200 monthly |
| Total monthly expenses: | $ _____ | $ _____ |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes ☑ No          If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☑ No

If yes, how much? $ 0

If yes, state the attorney's name, address, and telephone number:
N/A
N/A
N/A

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☑ No

If yes, how much? $ 0

If yes, state the person's name, address, and telephone number:
N/A
N/A
N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. I've Been incarcerated since July 3, 2004

5

13. State the address of your legal residence.

A Cory Hubbard

Plymouth County House of Correction

Your daytime phone number: (___)_____

Your age: 28    Your years of schooling: 9

Docket # 04CR10235    Cory Hubbard

My issues of appeal ar

I feel that the sentince is to harsh and significantly over represents my criminal History.

Also at first i pled gilty to armed carrer criminal witch is fifteen years min\mand But My P.S.I had turned out to be Carreer offender and not ACC

As of then i should have got a Revised plea agreement and should have plead to Carreer offender witch is a few years less

I beleive i need help and

Structure but I have four

Children and this has destroyed

there life even if i got

a few years less it would make more sense

Docket # 04CR10235    Cory Hubbard