Date: 1/25/08

Hon. Mark L. Wolf,
c/o Mr William Ruane
Deputy Clerk
United States District Court
1 Courthouse Way
Boston, MA 02210

Clerk's Office
USDC, Mass.
Date 2-7-08
              KTB

Dear Sir::

    I was sentenced by Judge  Wolb  on  6-7-06  based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

    I __ do ✓ do not wish to be represented by the same lawyer who represented me at my original sentencing.

Sincerely, Cory Hubbard
Signature

Name: Cory Hubbard
Address: # 80459-038
USP Canaan
U.S. Penetentiary
P.O. Box 300
Waymart, PA  18472