# THE LAW OFFICE OF ROBERT D. DIMLER

40 Court Street, 3rd Floor, Plymouth, MA 02360

Phone: (508) 747-4348     Website: dimlerlawoffice.com
Fax: (508) 747-1600        Email: rdimler@dimlerlawoffice.com

---

February 6, 2008

Office of the Clerk
United States Courthouse
J.J.M. U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

RE:   *U.S. v. Cory Hubbard*
      (1:04-CR-10235-MLW, 1:04-CR-10235-MLW-1,
      1:04-mj-01787-CBS, 1:04-mj-01787-CBS-1)

Dear Mister or Madam Clerk:

I was appointed to represent Cory Hubbard on appeal. I did not represent him at trial, and am not on the CJA panel for the District Court. As a favor to Mr. Hubbard, I am writing to provide you with his paperwork requesting court-appointed counsel for a resentencing motion. His financial affidavit is also enclosed.

If you require any additional information, please let me know. Even though I am unable to represent him on the resentencing motion, I am willing to do all I can to help him through the process of obtaining court-appointed counsel as to the motion.

As always, thank you for your consideration.

Sincerely,

Robert D. Dimler, Esq.

cc:   Mr. Cory Hubbard