ATTORNEY ASSIGNMENT REQUEST

Defendant: Cory Hubbard

Case & Defendant Number CR04-10235-MLW

Date of Appointment: 2/28/2008

Appointed by: C.J. Wolf

Attorney Withdrawn_____   Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts_____

Charge(s) and Cite(s)_____

_____

Indictment_____   Information_____   Probation Revocation_____

Number of Defendants_____

Judge Code_0123_____

Special Instructions: CJA attorney needs to be reappointed for the purposes of pursuing a reduce sentence under the new crack cocaine sentencing guidelines.

/s/ Dennis O'Leary
   Deputy Clerk

Dated  February 28, 2008

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

Atty Assign Request.wpd