UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff,
v.
                                                CR 04-10235-MLW
CORY HUBBARD,
    Defendant,

ORDER OF APPOINTMENT OF COUNSEL

March 11, 2008

WOLF, C.J.

    It is hereby ORDERED that Martin Richey of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                      Mark L. Wolf
                                      CHIEF JUDGE

                                      By the Court:

                                      /s/ Lisa B. Roland
                                      Lisa B. Roland
                                      Deputy Clerk