**COUNT TWO:** **(Title 21, United States Code, §841(a)(1) -**
**Possession With Intent To Distribute Controlled**
**Substances)**

The Grand Jury further charges that:

On or about February 28, 2004, at New Bedford, in the

District of Massachusetts,

**CORY HUBBARD,**

defendant herein, knowingly and intentionally possessed with

intent to distribute more than five grams of cocaine base, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section

841(a)(1).

EXHIBIT -1

have long decried the disparity between penalties for crack cocaine and powder cocaine.

"It was right to change it, and it should be changed even further," she said.

The third prisoner whose release has been ordered is Deborah Woodard. Young reduced her sentence from 135 to 120 months, making her eligible for release in June.

A bill pushed through Congress in the national frenzy following the 1986 death of Len Bias, a first-round National Basketball Association draft pick for the Celtics whose death was initially linked to crack cocaine, imposed extreme mandatory penalties for crack.

Under the law, someone caught with 1 gram of crack received the same sentence as someone with 100 grams of powder cocaine. It also imposed a minimum mandatory sentence of five years in prison for dealing 5 grams of crack and 10 years in prison for dealing 50 grams of crack.

Advocates of the two-tier penalty system said crack was cheaper and more addictive than powder cocaine and was more frequently linked to violent crime. But critics said that those differences were overstated and that blacks bore the brunt of the inequity, because they account for at least 80 percent of federal crack defendants.

The Sentencing Commission reduced the sentencing range for crack cocaine offenses by two levels last year, lowering the maximum recommended sentence for selling 5 grams of cocaine from 78 months to 63 months.

Nonetheless, prison terms for crack cocaine are still longer than those for powder cocaine, because only Congress can change the 100-to-1 ratio and mandatory minimum sentences.

Mary Price of Families Against Mandatory Minimums, an advocacy group, said she has heard of judges in other states issuing orders similar to those in Massachusetts.

*Jonathan Saltzman can be reached at jsaltzman@globe.com.* ■

© Copyright 2008 The New York Times Company

EXHIBIT _6





# Certificate of Accomplishment

This certificate is awarded to

## C. Hubbard

for participation and completion of

Concrete Principles III

December, 2007

an Adult Continuing Education Class

_____
ACE Coordinator

_____
ACE Coordinator



# Certificate of Accomplishment

This certificate is awarded to

## C. Hubbard

for participation and completion of

Math Workshop I

June, 2007

an Adult Continuing Education Class

ACE Coordinator

ACE Coordinator



# Certificate of Achievement

## This certifies that

# C. HUBBARD #80459-038

### has satisfactorily completed

# SPINNING I CLASS

**Consisting of ___25___ Hours of Training**

This certificate is hereby issued this ___10th___ day of ___JUNE___, 20 _07_

PROGRAM SUPERVISOR

K. COOK





June 2007

# Certificate of Achievement

*awarded to:*

## HUBBARD
## 80459-038

# FOR COMPLETING

### YOGA 1

K. Cook
Program Supervisor

( * )



*Certificate of Accomplishment*

This certificate is awarded to

**C. Hubbard**

for participation and completion of

Concrete Principles

March, 2007

an Adult Continuing Education Class

ACE Coordinator



# Certificate of Accomplishment

This certificate is awarded to

## C. Hubbard

for participation and completion of

### Principles of Working With Concrete II

June, 2007

an Adult Continuing Education Class

ACE Coordinator

ACE Coordinator

```
REGISTER NO: 80459-038    NAME..: HUBBARD                       FUNC: PRT
FORMAT....: TRANSCRIPT     RSP OF: CAA-CANAAN USP

-------------------------- EDUCATION INFORMATION  --------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
CAA  ESL HAS    ENGLISH PROFICIENT             09-20-2006 1454 CURRENT
CAA  GED EARNED GED EARNED IN BOP              01-08-2008 1417 CURRENT

----------------------------- EDUCATION COURSES  -----------------------------
SUB-FACL  DESCRIPTION                        START DATE  STOP DATE EVNT AC LV  HRS
CAA       HOW TO START A BUSINESS.           12-26-2007 CURRENT
CAA       PARENTING CLASS                    01-05-2008 CURRENT
CAA       RPP STRESS MGT.                    07-11-2007 CURRENT
CAA       WEATHER DEVELOPMENT.               01-02-2008 CURRENT
CAA       GED 114 7:30-9:30 AM               02-09-2007 01-08-2008  P  C  P    231
CAA       AWAITING GED TEST RESULTS          12-18-2007 01-08-2008  C  W  I      0
CAA       ADVANCED CLASS ON CONCRETE         10-30-2007 12-19-2007  P  C  P     10
CAA       GED 114 7:30-9:30 AM               11-09-2007 12-18-2007  C  W  I      0
CAA       PRE-GED 143 7:30-9:30 AM           02-09-2007 08-10-2007  P  W  I    196
CAA       RPP ANGER MANAGEMENT               07-11-2007 07-16-2007  P  C  P      0
CAA       MATH COLLEGE PREP CLASS.           03-23-2007 06-28-2007  P  C  P      8
CAA       INTERMEDIATE CLASS ON CONCRETE 03-23-2007 06-27-2007  P  C  P     10
CAA       BEGINNING CLASS ON YOGA.           03-24-2007 06-26-2007  P  C  P     16
CAA       INTRODUCTORY SPINNING CLASS.   03-24-2007 06-11-2007  P  C  P     25
CAA       INTRO TO WORKING WITH CONCRETE 12-30-2006 03-23-2007  P  C  P      8

---------------------------- HIGH TEST SCORES  -----------------------------
TEST      SUBTEST        SCORE     TEST DATE      TEST FACL    FORM      STATE
GED       AVERAGE        526.0     12-18-2007     CAA          PASS      PA
          LIT/ARTS       650.0     12-18-2007     CAA          IG        PA
          MATH           430.0     12-18-2007     CAA          IG        PA
          SCIENCE        480.0     12-18-2007     CAA          IG        PA
          SOC STUDY      530.0     12-18-2007     CAA          IG        PA
          WRITING        540.0     12-18-2007     CAA          IG        PA
GED PRAC  LIT/ARTS       630.0     06-26-2007     CAA          PE
          MATH           460.0     12-12-2007     CAA          PC
          SCIENCE        510.0     06-26-2007     CAA          PE
          SOC STUDY      610.0     06-26-2007     CAA          PE
          WRITING        440.0     06-26-2007     CAA          PE
TABE A    MATH COMP        7.8     06-05-2007     CAA          9M
TABE D    LANGUAGE         9.9     05-04-2007     CAA          10M
          MATH COMP        7.8     05-04-2007     CAA          10M
TABE M    LANGUAGE         7.7     02-05-2007     CAA          9A
          MATH APPL       10.6     04-05-2007     CAA          10A
          MATH COMP        6.7     04-05-2007     CAA          10A
          READING          8.3     02-05-2007     CAA          9A
```

```
G0000     TRANSACTION SUCCESSFULLY COMPLETED
```



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF EDUCATION**
333 MARKET STREET
HARRISBURG, PA 17126-0333

CORY D HUBBARD
PO BOX 400
WAYMART PA 18472

DATE:   01/01/2008
GED I.D. NO: XXX-XX-7831
DATE OF BIRTH:   04/28/1978

DEAR CORY,

Congratulations! You have satisified the Commonwealth Diploma Program requirements which include a total score of 2250 or more, an average score of 450 or more and no single test score less than 410. Certificate number 3657831 dated 12/31/2007 has been issued and is enclosed with this letter. DUPLICATE DIPLOMAS WILL NOT BE ISSUED.

The following is an OFFICIAL TRANSCRIPT of your scores on the General Educational Development Tests.

Year of Withdrawal from School        0000

Last Grade Completed   :

| Test |   | Form | Standard Score | Percentile Rank for U.S. | Subject |
|------|---|------|----------------|--------------------------|---------|
| Test # | 1 | IG | 540 | 66 | Language Arts/Writing |
| Test # | 2 | IG | 530 | 62 | Social Studies |
| Test # | 3 | IG | 480 | 42 | Science |
| Test # | 4 | IG | 650 | 93 | Language Arts/Reading |
| Test # | 5 | IG | 430 | 24 | Mathematics |

Total                              :    2630

Standard Score Average :    526            Date of Last Test:        12/18/2007

If you have any questions, please direct them to:

COMMONWEALTH DIPLOMA PROGRAM
PENNSYLVANIA DEPARTMENT OF EDUCATION
333 MARKET STREET, 12th FLOOR
HARRISBURG, PA 17126-0333
TELEPHONE 717-787-6747

Mary P. Cain
Ged Ed. Admin. Associate
Commonwealth Diploma Program

