Date: 3- -08

Hon. Mark L. Wolf
c/o Mr William Ruane
Deputy Clerk
United States District Court
1 Court House Way
Boston Ma 02110

Dear Sir :

    I was sentenced by Judge Wolf on 6-7-06 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    My current release date is 12-17-18.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

Sincerely,

Cory Hubbard

Name: Cory Hubbard
Address: # 80459-038
USP Canaan
U.S Penitentiary
Telephone: P.O. Box 300
Waymart Pa. 18472