UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10235-MLW |
| v. ) | |
| ) | |
| CORY HUBBARD ) | |

NOTICE OF APPEARANCE

    Undersigned counsel, Syrie D. Fried, hereby files her appearance on behalf of defendant Cory Hubbard.

                      /s/ Syrie D. Fried

                      Syrie D. Fried
                        B.B.O. #555815
                      Federal Defender Office
                      408 Atlantic Avenue, 3rd Floor
                      Boston, MA 02110
                      Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Syrie D. Fried, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 11, 2008.

                      /s/ Syrie D. Fried
                      Syrie D. Fried