UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CRIMINAL NO. 04-10235-MLW |
| ) | |
| CORY HUBBARD    ) | |

DEFENDANT'S ASSENTED-TO MOTION
TO ENLARGE TIME FOR FILING JOINT STATUS REPORT

Defendant, Cory Hubbard, respectfully moves this Court for an additional 45 days to file a joint status report concerning defendant's eligibility for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2).

As grounds for this motion, undersigned counsel states as follows:

1. Defendant was sentenced on June 7, 1006 to 188 months' imprisonment. His current release date is 12/18/2017.

2. Undersigned counsel, who did not represent defendant in the underlying case, has been appointed in a significant number of crack cocaine retroactivity cases. In this particular case, counsel needs additional time to (1) review the pertinent underlying documents, particularly the sentencing transcript, to assess defendant's potential eligibility for relief under 18 U.S.C. § 3582(c)(2), and (2) discuss this matter with the defendant.

Assistant United States Attorney Robert Richardson assents to this motion.

CORY HUBBARD
By his attorney,

/s/ Syrie D. Fried
Syrie D. Fried
 B.B.O. #555815
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

 I, Syrie D. Fried, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 11, 2008.

/s/ Syrie D. Fried
Syrie D. Fried
