UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                       )<br>)<br>CORY HUBBARD              ) | CRIMINAL NO. 04-10235-MLW |

MOTION TO WITHDRAW

Assistant Federal Public Defender Syrie D. Fried hereby moves to withdraw from this matter. As grounds for this motion, Assistant Federal Public Defender J. Martin Richey has filed an appearance on behalf of defendant.

/s/ Syrie D. Fried
Syrie D. Fried
  B.B.O. #555815
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Syrie D. Fried, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 18, 2008.

/s/ Syrie D. Fried
Syrie D. Fried