UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CRIMINAL NO. 04-10235-MLW |
| ) | |
| CORY HUBBARD      ) | |

### JOINT STATUS REPORT ON JAMAICA PLAIN LAB ISSUES

This case involves a petition filed by Hubbard pursuant to 28 U.S.C § 2255 on the basis of alleged misconduct at the Jamaica Plain drug lab. On June 28, 2013, this Court granted petitioner's assented-to request that these proceedings be stayed until the Massachusetts Inspector General's Office issues a report of findings in connection with its ongoing investigation of the lab. D.E. 127. Also on June 28, 2013, the Court directed the parties to file a status report with the Court by November 1, 2013.

The status of this case is as follows: The Inspector General's Office has stated that its investigation is ongoing and that it expects to produce its report by the end of the calendar year (rather than in September, 2013, as earlier stated). Petitioner therefore respectfully requests that the Court

It is hereby ORDERED that the parties confer and, by June 23, 2014 report on whether the stay of this case should be lifted and, if so, propose a schedule for its ~~resolution~~ \[illegible\] D.J. June 7, 2014