AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
District of Massachusetts

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| COREY HUBBARD | ) | Case No.  1:04-cr-10235-JEK |
| | ) | USM No. 80459-038 |
| | ) | Joshua Hanye, Esq. |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   I, III and IV   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| I | You must not commit another federal, state, or local crime. | 05/11/2024 |
| III | f you are arrested or questioned by a law enforcement officer, | 04/03/2024 |
| IV | The defendant must submit to substance abuse testing, not to | 04/08/2024 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)   II   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  7831

Defendant's Year of Birth:  1978

City and State of Defendant's Residence:
New Bedford, Massachusetts

01/28/2026
Date of Imposition of Judgment

*Julia Kobick* (signature)
Signature of Judge

Julia E. Kobick, United States District Court Judge
Name and Title of Judge

01/28/2026
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: COREY HUBBARD
CASE NUMBER: 1:04-cr-10235-JEK

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

33 months with 12 months and one day to be served consecutively with any sentence imposed in connection with the Frankin Superior Court docket number 2478CR00063, the remainder to be served concurrently with the state case . Sentence to commence on 1/28/2026.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL